# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


March 20, 2012

Mr. Christopher Baldwin
4505 Wabash Avenue
Kansas City, MO 64130

RE: 12-1667 Christopher Baldwin v. Intl. Assoc. of Machinists

Dear Sir:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note that the docketing and filing fees have not been paid. You must either pay the $455.00 filing and docketing fees or file a motion with the **U.S. District Court** for permission to appeal as a poor person. If the fees are not paid promptly or a motion for leave to appeal in forma pauperis is not filed, the court will issue an order directing you to show cause why the appeal should not be dismissed.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

PSA

Enclosure(s)

cc: Mr. John B. Boyd
Mr. John Richard Boyd
Ms. Ann Thompson

District Court/Agency Case Number(s): 4:09-cv-00085-HFS

**Caption For Case Number: 12-1667**

Christopher Baldwin

Plaintiff - Appellant

v.

International Association of Machinists

Defendant - Appellee

**Addresses For Case Participants: 12-1667**

Mr. Christopher Baldwin
4505 Wabash Avenue
Kansas City, MO 64130

Mr. John B. Boyd
BOYD & KENTER
1150 Grand Avenue
Suite 700
Kansas City, MO 64106-1840

Mr. John Richard Boyd
BOYD & KENTER
1150 Grand Avenue
Suite 700
Kansas City, MO 64106-1840

Ms. Ann Thompson
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
400 E. Ninth Street
Room 1510
Kansas City, MO 64106-0000